CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDNA CALLAWAY, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:21-cv-01237-EJY <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** <br><br> (*FIRST REQUEST*) |

Defendant, the Acting Commissioner of Social Security, through the undersigned counsel, hereby requests a 30-day extension of time to respond to Plaintiff's Motion for Reversal and/or Remand, which is currently due on or before February 2, 2022. The new proposed deadline is March 4, 2022.

This is Defendant's first request for an extension of time. Good cause exists for this extension because Defendant's counsel is in the process of conferring with her client to determine whether this matter can be resolved by settlement. The additional requested time will allow for settlement discussions with Plaintiff's counsel once the undersigned has conferred with her client, and if the matter cannot be resolved, to allow counsel to prepare a response to the pending motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On January 25, 2022, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted a 30-day extension of time to file a response to Plaintiff's Motion for Reversal and/or Remand, through and including March 4, 2022.

Dated: January 27, 2022

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2022