1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Edna B. Callaway

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9

10 | EDNA B. CALLAWAY,              | ) | Case No.: 2:21-cv-01237-EJY |
   |                                 | ) |                             |
11 | Plaintiff,                     | ) | STIPULATION FOR THE AWARD   |
   |                                 | ) | AND PAYMENT OF ATTORNEY     |
12 | vs.                            | ) | FEES AND EXPENSES PURSUANT  |
   |                                 | ) | TO THE EQUAL ACCESS TO      |
13 | KILOLO KIJAKAZI,               | ) | JUSTICE ACT, 28 U.S.C. § 2412(d) |
   | Acting Commissioner of Social  | ) |                             |
14 | Security,                      | ) |                             |
   |                                 | ) |                             |
15 | Defendant.                     | ) |                             |

16

17   TO THE HONORABLE ELAYNA J. YOUCHAH, MAGISTRATE JUDGE

18  OF THE DISTRICT COURT:

19   IT IS HEREBY STIPULATED by and between the parties through their

20  undersigned counsel, subject to the approval of the Court, that Edna B. Callaway

21  be awarded attorney fees and expenses in the amount of TWO THOUSAND

22  EIGHT HUNDRED dollars ($2,800.00) under the Equal Access to Justice Act

23  (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount

24  represents compensation for all legal services rendered on behalf of Plaintiff by

25  counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920;

26  2412(d).

-1-

1  After the Court issues an order for EAJA fees to Edna B. Callaway, the government will consider the matter of Edna B. Callaway's assignment of EAJA fees to Marc V. Kalagian. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Edna B. Callaway, but if the Department of the Treasury determines that Edna B. Callaway does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Edna B. Callaway.[1] Any payments made shall be delivered to Marc V. Kalagian.

This stipulation constitutes a compromise settlement of Edna B. Callaway's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Edna B. Callaway and/or Marc V. Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 28, 2022   Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                            /s/ *Marc V. Kalagian*
            BY: _____
                            Marc V. Kalagian
                            Attorney for plaintiff Edna B. Callaway

DATED: March 28, 2022   CHRISTOPHER CHIOU
                                  Acting United States Attorney

                                  /s/ *Allison J. Cheung*
                                _____
                                ALLISON J. CHEUNG
                                Special Assistant United States Attorney
                                Attorneys for Defendant KILOLO KIJAKAZI,
                                Acting Commissioner of Social Security
                                (Per e-mail authorization)

## ORDER

    Approved and so ordered.

DATE: March 29, 2022

                                THE HONORABLE ELAYNA J. YOUCHAH UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of March 29, 2022, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Edna B. Callaway
8349 Granite Peak Ct.
Las Vegas, NV 89145

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Marc V. Kalagian            /s/ Marc V. Kalagian
TYPE OR PRINT NAME            SIGNATURE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:21-CV-01237-EJY**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 29, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorneys for Plaintiff